## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| CARLA DONNA DESILVA-MCPHUN, | ) | Case No. 19-11019-TJC |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Womble Bond Dickinson (US) LLP ("Womble") appears herein as counsel for Matthew McDonald and McDHoldings, LLC pursuant to Fed. R. Bankr. P. 9010, and demands, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Jeffrey L. Tarkenton
> Cathy A. Hinger
> Womble Bond Dickinson (US) LLP
> 1200 Nineteenth Street, N.W.
> Suite 500
> Washington, DC  20036
> (202) 857-4450 – Telephone
> (202) 261-0050 – Facsimile
> Email:  jeffrey.tarkenton@wbd-us.com
> Email:  cathy.hinger@wbd-us.com

This Notice of Appearance is not a waiver of any rights under the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the above-specified provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices

of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph or otherwise which may affect or seek to affect in any way any rights or interests of Matthew McDonald and/or McDHoldings, LLC.

Dated:  February 1, 2019                    Respectfully submitted,

      /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton (MD Fed Bar No. 03268)
Cathy A. Hinger (MD Fed Bar No. 26065)
Womble Bond Dickinson (US) LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Tel:  (202) 857-4450
Fax:  (202) 261-0050
Email:  jeffrey.tarkenton@wbd-us.com
Email:  cathy.hinger@wbd-us.com

*Counsel for Matthew McDonald and McDHoldings, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2019, a copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system and by first class, U.S. Mail, postage prepaid, upon the following:

>Carla D. Desilva-McPhun
>16913 Harbour Town Drive
>Silver Spring, MD  20905
>*Pro Se*

      /s/ Jeffrey Tarkenton
     Jeffrey Tarkenton

WBD (US) 45528417v1