**SO ORDERED**

For the reasons set forth on the record at a hearing held on March 18, 2019.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| CARLA DONNA DESILVA-MCPHUN, | ) | Case No. 19-11019-TJC |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MATTHEW MCDONALD and | ) | |
| MCDHOLDINGS, LLC, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| CARLA DONNA DESILVA-MCPHUN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MATTHEW MCDONALD AND MCDHOLDINGS, LLC'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

On February 22, 2019, Movants Matthew McDonald and McDHoldings, LLC filed a Motion for Relief from the Automatic Stay ("Motion") [Dkt. 18]. The deadline for Debtor Carla Donna DeSilva-McPhun ("Debtor") to respond to the Motion was March 8, 2019. Debtor has failed to file any response to the Motion. The Motion is therefore deemed unopposed. Upon consideration of Movants' unopposed Motion, it is hereby

ORDERED that the Motion is granted and the automatic stay is hereby lifted with respect to Movants' lawsuit against Debtor pending in the Eastern District of Virginia, Civ. No 1:18-cv-00697 ("Lawsuit"), and it is further

ORDERED that Movants may prosecute the Lawsuit through the entry of a judgment, and it is further

ORDERED that pursuant to Rule 4001(a)(3), the effectiveness of this Order shall not be stayed.

It is so ORDERED.

**END OF ORDER**